IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

---

DANIEL HASSAN FICK
PLAINTIFF

vs.   :   CA 18-0008-CG-MU

STATE OF ALABAMA
DEFENDANT

---

## COMPLAINT

### I.

FEDERAL QUESTION

### II.

DANIEL HASSAN FICK

6533 CEDAR BEND COURT, UNIT F

MOBILE, ALABAMA 36608

### III.

STATE OF ALABAMA,

MOBILE COUNTY PUBLIC SCHOOL SYSTEM

### IV.

1. 440- CIVIL

DANIEL HASSAN FICK
6533 CEDAR BEND COURT, UNIT F
MOBILE, ALABAMA 36608
(251)586-5333

**V.**

**1. 42 USC 2000a**

- During the fourth grade ('93-'94) a teacher was offended by my inappropriate staring at his growing. I now know the molestation I was then enduring should have been recognized and handled appropriately by the faculty.

**2. 20 USC 1703**

- During the seventh grade ('97-'98) I was bullied so much Mr. Tillyard had me log records into his grade book, oppose to doing normal activities with other students, to insure my safety during his class.

**3. 42 USC 2000a**

- During the seventh grade ('97-'98) Nathaniel Sebastian slammed my head into the gymnasium wall and floor a total of six times, and nothing was done to the student for the act of violence.

**4. 20 USC 1703**

- During the ninth grade ('99-'00) I complained to the administration about a homosexual male student sexually harassing me (touching me on my buttocks) and the administrative staff expelled the homosexual male student immediately.

DANIEL HASSAN FICK
6533 CEDAR BEND COURT, UNIT F
MOBILE, ALABAMA 36608
(251)586-5333

- During the ninth grade ('99-'00) I complained to the administrative staff about a homosexual male student following me home and the administrative staff expelled the homosexual male student immediately.

5. 42 USC 2000a

- During the ninth grade ('99-'00) I was bullied during Biology class and the teacher responded to the class for them to quiet down. The outbursts by the other student should have been recognized as a direct insult to me, whereas everyone in the class was laughing but me. I believe this was the start of the manifesting of insulting behaviors relative to my complaint.

6. 42 USC 2000a

- During the tenth grade ('00-'01) I was bullied during my Algebra class and it cost me a passing grade. There would be times I would be physically hit, and/or crudely insulted by a student and the teacher would just overlook the incidents.

42 USC 2000a

- During the tenth grade ('00-'01) I was hospitalized for two weeks, in the Baptist Adolescent Stress Unit, and received a diagnoses for anxiety.

DANIEL HASSAN FICK
6533 CEDAR BEND COURT, UNIT F
MOBILE, ALABAMA 36608
(251)586-5333

## VI.

1. 42 USC 2000c-8

The relief I am requesting is $3,000,000.00 for the psychological and physical damages endured during my time in attendance with the Mobile County Public School System from the years 1996-2001.

*Daniel Hassan Fick*
**DANIEL HASSAN FICK**
**6533 CEDAR BEND COURT, UNIT F**
**MOBILE, ALABAMA 36608**
**(251)586-5333**

**DANIEL HASSAN FICK**
**6533 CEDAR BEND COURT, UNIT F**
**MOBILE, ALABAMA 36608**
**(251)586-5333**