# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL HASSAN FICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 18-0008-CG-MU |
| ) | |
| STATE OF ALABAMA and ) | |
| MOBILE COUNTY PUBLIC ) | |
| SCHOOL SYSTEM, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated April 25, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, the State of Alabama's motion to dismiss (Doc. 20) is **GRANTED** on the basis that Plaintiff has failed to state a claim upon which relief can be granted against the movant.

**DONE and ORDERED** this 14th day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE