IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL HASSAN FICK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-8-TM-MU |
| ALABAMA STATE DEPARTMENT OF EDUCATION and BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the Order entered this date adopting the recommendations of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 27th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE